Official Form 1 (4/07)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Millennium Construction Development LLC, an Illinois limited liability company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4380023** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**455 E. Illinois St., Suite 260**<br>**Chicago, IL**                          ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):                          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                          ZIP Code | Mailing Address of Joint Debtor (if different from street address):                          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9             of a Foreign Main Proceeding<br>☐ Chapter 11       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12             of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,         ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                           FORM B1, Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Millennium Construction Development LLC, an Illinois limited liability company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**05-20202** | Date Filed:<br>**5/19/05** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>    (Name of landlord that obtained judgment)<br><br>_____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                                     FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Millennium Construction Development LLC, an Illinois limited liability company**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney

X  **/s/ Joy E. Levy**
Signature of Attorney for Debtor(s)

**Joy E. Levy 06281972**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606**

Address

**(312) 876-7100  Fax: (312) 876-0288**
Telephone Number

**June  7, 2007**
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Raymond J. Matesevac**
Signature of Authorized Individual

**Raymond J. Matesevac**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**June  7, 2007**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## CERTIFICATE OF RESOLUTION

I, Raymond J. Matesevac, hereby certify that I am the sole manager and President of Millennium Construction Development LLC, an Illinois limited liability company (the "Company"), and that as such, I am authorized to execute and deliver this certificate on behalf of the Company.

RESOLVED that, in my judgment, it is desirable and in the best interest of the Company, its creditors, stockholders, employees and other interested parties that the Company file a voluntary petition for relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED FURTHER, I am hereby authorized and empowered on behalf of, and in the name of, the Company, to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as I shall determine; and

RESOLVED FURTHER, that I am authorized and empowered, on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that may be deemed necessary or proper in connection with the Company's Chapter 7 case; and

RESOLVED FURTHER, that each of the members of the law firm of Arnstein & Lehr LLP, in any of its various offices throughout the United States, shall be employed as attorneys for the Company in the Company's Chapter 7 case; and

IN WITNESS WHEREOF, I have hereunto set my hand on this 5th day of June, 2007.

Signature:  _Raymond J. Matesevac_

Raymond J. Matesevac, Manager and
President of Millennium Construction
Development LLC

1152344-1

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Millennium Construction Development LLC, an Illinois limited liability company**

,

Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 1,114,029.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,055,103.49 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,632,916.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | Total Assets | | 1,114,029.00 | | |
| | Total Liabilities | | | 2,688,019.73 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Millennium Construction Development LLC, an
Illinois limited liability company**

Case No. _____

_____,
                                              Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Form B6A
(10/05)

In re    **Millennium Construction Development LLC, an**        Case No. _____

         **Illinois limited liability company**

_____,
                   Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

    **0**    continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6B
(10/05)

In re  **Millennium Construction Development LLC, an**                    Case No. _____
**Illinois limited liability company**
_____,
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                 **0.00**
(Total of this page)

  __3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Millennium Construction Development LLC, an**                    Case No. _____
       **Illinois limited liability company**
                                                        ,
                              Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Burling Builders, 1401 W. Roosevelt Rd, Chicago, IL 60608** work completed at 4344-60 N. Broadway | - | 73,371.00 |
| | | **Greenview Point, LLC, 5304 W. Devon Ave, Chicago, IL 60646** work completed at 3110 N. Greenview, Chicago, IL | - | 167,480.00 |
| | | **Atlas Development Corporation, 600 Waukegan Rd. Northbrook, IL 60062** work completed at 1873 N. Bissell, Chicago, IL | - | 21,000.00 |
| | | **Catalpa Partners, LLC, American Associates Construction, Inc., 112 E. Stimmel St.,West Chicago, Il 60185** work completed at 1122 Catalpa, Chicago, IL | - | 420,874.00 |
| | | **Elite Loft Builders, 333 W. North Ave., #405, Chicago, IL 60610** work completed at 1610 W. Fullerton | - | 264,913.00 |
| | | **Metro Asset Management, Inc., 203 N. Wabash Ave., Suite 602, Chicago, IL, 60601** work completed at 4651 N. Greenview, Chicago, IL | - | 123,000.00 |

Sub-Total >                1,070,638.00
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Form B6B
(10/05)

In re    **Millennium Construction Development LLC, an**        Case No. _____
**Illinois limited liability company**
_____,
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 GMC Sierra C3500;  80,000 miles** | - | **2,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >          **2,500.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6B
(10/05)

In re    **Millennium Construction Development LLC, an**    Case No. _____
___**Illinois limited liability company**_____ ,
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **2 chairs, 2 desks, 4 file cabinets** | - | **400.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attachment** **Equipment located on job site: 1122 W. Catalpa, Chicago, IL.** | - | **40,491.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **40,891.00**
(Total of this page)
Total >    **1,114,029.00**

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

**LIST OF MILLENNIUM'S TOOLS STILL ON CATALPA JOB SITE**

| Quantity | Description | Value |
|---|---|---|
| 5 | skill saws | $675.00 |
| 3 | hammer drills | $340.00 |
| 2 | roto hammers | $1,240.00 |
| 2 | grinders | $116.00 |
| 3 | sawzalls | $480.00 |
| 1 | 1/2" drill | $140.00 |
| 8 | retractables | $3,200.00 |
| 12 | safety harnesses | $2,600.00 |
| 10 | lanyards | $900.00 |
| 6 | placement hooks | $360.00 |
| 2 | Georgia buggies | $1,400.00 |
| 3 | wrecking bars | $95.00 |
| 3 | 3-way outlets | $15.00 |
| 2 | vibrators with motors | $1,200.00 |
| 2 | come-a-longs | $125.00 |
| 3 | concrete come-a-longs | $90.00 |
| 1 | concrete finishing machine (wirly bird) | $1,800.00 |
| 1 | power strike off | $1,800.00 |
| 2 | cordless hammer drills | $520.00 |
| 1 | generator | $520.00 |
| 6 | bunks used | $1,200.00 |
| 3 | new bunks of plywood | $2,700.00 |
| 50 | insulated blankets | $3,200.00 |
| 3 | knack gang boxes | $2,400.00 |
| 1 | pallet jack | $490.00 |
| 2 | baker scaffold | $750.00 |
| 2 | 16' fiber glass extension ladder | $420.00 |
| 1 | 16' aluminum extension ladder | $130.00 |
| 2 | 8' A frame step ladder | $200.00 |
| 3 | shovels | $75.00 |
| 3 | scrapers | $90.00 |
| 2 | push brooms | $38.00 |
| 5 | 100' extension lords | $460.00 |
| 2 | halogen lights | $72.00 |
| 3 | sets of saw horses | $150.00 |
| 1 | bunk 16' 2x4's | $1,400.00 |
| 1 | box full of john clamps (800 pieces) | $4,000.00 |
| 2 | 55 gallons barrels john clamps | $4,000.00 |
| 200 | hair pins | $300.00 |
| 12 | tarps | $800.00 |

**TOTAL**          **$40,491.00**

Official Form 6D (10/06)

In re   **Millennium Construction Development LLC, an**         Case No. _____
**Illinois limited liability company**

_____,
Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | - | | | | **2004,2005,2006**<br><br>**See Schedule B** | | | X | | |
| | | | | | Value $          **Unknown** | | | | **857,132.23** | **Unknown** |
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | - | | | | **12/31/05, 9/30/06**<br><br>**See Schedule B** | | | X | | |
| | | | | | Value $          **Unknown** | | | | **197,971.26** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__  continuation sheets attached | Subtotal<br>(Total of this page) | **1,055,103.49** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **1,055,103.49** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6E (4/07)

In re  **Millennium Construction Development LLC, an**
**Illinois limited liability company**

Case No. _____

_____,
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07) - Cont.

In re  **Millennium Construction Development LLC, an**
       **Illinois limited liability company**                                    Case No. _____

                                                        ,

                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Illinois Department of Revenue** <br>**100 W Randolph - Suite 7-500** <br>**Chicago, IL 60601** | - | | **Notice only** | | | | **Unknown** | **Unknown** | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | | **0.00** | |
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |
| | | **0.00** | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06)

In re **Millennium Construction Development LLC, an**
**Illinois limited liability company**

Case No. _____

_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Accident Fund**<br>**P.O. Box 77000**<br>**Detroit, MI 48277** | | - | | | | | | | 110,316.12 |
| Account No.<br><br>**Alexander Building Services**<br>**4750 S. LaCrosse**<br>**Chicago, IL 60638** | | - | | | | | | | 2,000.00 |
| Account No.<br><br>**All Tile**<br>**1201 Chase Ave.**<br>**Elk Grove Village, IL 60007** | | - | | | | | | | 46,671.54 |
| Account No.<br><br>**Anderson Concrete Pumping**<br>**60 E. Taft Drive**<br>**South Holland, IL 60473** | | - | | | | | | | 2,310.15 |
| __16__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 161,297.81 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037      S/N:27036-070329   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Millennium Construction Development LLC, an**
**Illinois limited liability company**

Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Anthony Stramaglio 1432 W. Ohio Street Chicago, IL 60622 | - | | | | | | | 200.00 |
| Account No. | | | | | | | | |
| AT&T P.O. Box 8100 Aurora, IL 60507 | - | | | | | | | 770.74 |
| Account No. | | | | | | | | |
| Brinks Home Security System P.O. Box 660418 Dallas, TX 75266-0418 | - | | | | | | | 649.68 |
| Account No. | | | | | | | | |
| Bulldog Tools & Fasteners 1147 N. Ellsworth Ave. Villa Park, IL 60181 | - | | | | | | | 10,841.03 |
| Account No. | | | | | | | | |
| Carpets By Kornick 220 W. Kinzie St. Chicago, IL 60610 | - | | | | | | | 4,141.00 |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,602.45

Official Form 6F (10/06) - Cont.

In re **Millennium Construction Development LLC, an**
**Illinois limited liability company**
_____,
Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Caruso Overhead Doors** **23542 S. Center Rd.** **Frankfort, IL 60423** | - | | | | | | | 130.00 |
| Account No. | | | | | | | | |
| **Cassidy Excavating, Inc.** **P.O. Box 212** **Worth, IL 60482** | - | | | | | | | 1,188.00 |
| Account No. | | | | | | | | |
| **Cement Mason Union Local 803** **240 W. St. Charles Rd.** **Villa Park, IL 60181** | - | | | | | | | 24,015.12 |
| Account No. | | | | | | | | |
| **Cement Masons Union Local 502** **739 S. 25th St.** **Bellwood, IL 60104** | - | | | | | | | 10,890.91 |
| Account No. | | | | | | | | |
| **Central Contractors Service, Inc.** **4655 W. 137th St.** **Crestwood, IL 60445** | - | | | | | | | 249,399.86 |

Sheet no. __**2**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

285,623.89

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Millennium Construction Development LLC, an**
    **Illinois limited liability company**
                                          ,
                            Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Central Door Distributors, Inc. 150 East State St. Calumet City, IL 60409** | - | | | | | | | 5,425.86 |
| Account No. | | | | | | | | |
| **Chicago Carpet Center P.O. Box 09730 Chicago, IL 60609** | - | | | | | | | 639.00 |
| Account No. | | | | | | | | |
| **Chicago Carpet Center P.O. Box 09730 Chicago, IL 60609** | - | | | | | | | 639.00 |
| Account No. | | | | | | | | |
| **Chicago Communications LLC 20 Sprangler Ave. Elmhurst, IL 60126** | - | | | | | | | 18.00 |
| Account No. | | | | | | | | |
| **Chicago District Council of Carpenters 12 E. Erie Chicago, IL 60611** | - | | | | | | | 111,838.49 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

118,560.35

Official Form 6F (10/06) - Cont.

In re **Millennium Construction Development LLC, an**
**Illinois limited liability company**
_____,
Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Chicago** <br> **Department of Revenue** <br> **333 S. State St., Suite 540** <br> **Chicago, IL 60604** | | - | | | | | 2,531.85 |
| Account No. <br><br> **Competitive Door & Supply Company** <br> **7744 West Monroe** <br> **Forest Park, IL 60130** | | - | | | | | 376.05 |
| Account No. <br><br> **Construction Service Associates** <br> **166 W. Washington, Suite 750** <br> **Chicago, IL 60602** | | - | | | | | 1,081.00 |
| Account No. <br><br> **D&P Construction** <br> **8601 W. Bryn Mawr Ave.** <br> **Chicago, IL 60631** | | - | | | | | 520.72 |
| Account No. <br><br> **Diamond Coring** <br> **11800 S. Ewing** <br> **Chicago, IL 60617** | | - | | | | | 250.00 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **4,759.62**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Millennium Construction Development LLC, an**
**Illinois limited liability company**                                              Case No. _____

_____,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Doka USA, Ltd. 1032 Moen Ave. Rockdale, IL 60436** | - | | | | | | 135,175.45 |
| Account No. **Dunning Electric Services, Inc. 6809 W. Irving Park Road Chicago, IL 60634** | - | | | | | | 1,542.57 |
| Account No. **Forces, Inc. 31W350 Diehl Rd. Naperville, IL 60563** | - | | | | | | 489.58 |
| Account No. **Foster, Kallen & Smith 3825 W. 192nd St. Homewood, IL 60430** | - | | | | | | 8,982.97 |
| Account No. **Gateway Concrete Forming Systems, I 6748 N. Dowagiac Ave. Chicago, IL 60646** | - | | | | | | 149,286.00 |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **295,476.57**

Official Form 6F (10/06) - Cont.

In re  **Millennium Construction Development LLC, an**  Case No. _____
       **Illinois limited liability company**
_____ ,
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Gatwood Crane Service, Inc.** **2345 E. Hamilton** **Arlington Heights, IL 60005** | - | | | | | | | 300.00 |
| Account No. | | | | | | | | |
| **Grainger** **7300 N. Melvina** **Niles, IL 60714** | - | | | | | | | 221.71 |
| Account No. | | | | | | | | |
| **Great Northern Lumber** **P.O. Box 43144** **Chicago, IL 60643** | - | | | | | | | 57.99 |
| Account No. | | | | | | | | |
| **Home Depot Credit Card Services** **P.O. Box 6029** **The Lakes, NV 88901** | - | | | | | | | 15,505.00 |
| Account No. | | | | | | | | |
| **I.U.O.E. Local 150 Admin. Dues** **P.O. Box 94427** **Chicago, IL 60690** | - | | | | | | | 2,663.53 |

Sheet no. __6__ of __16__ sheets attached to Schedule of              Subtotal              18,748.23
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Millennium Construction Development LLC, an**
**Illinois limited liability company**
_____,
Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **IDCSERVCO** **3962 Landmark Street** **Culver City, CA 90232** | - | | | | | | | 972.36 |
| Account No. | | | | | | | | |
| **Ink Smith, Inc.** **3352 Milwaukee Ave.** **Chicago, IL 60641** | - | | | | | | | 147.31 |
| Account No. | | | | | | | | |
| **J&B Steel Erectors, Inc.** **9430 Sutton Place** **Hamilton, OH 45011** | - | | | | | | | 38,082.50 |
| Account No. | | | | | | | | |
| **J&K Custom Transportation** **1206 Elm St** **Lake In The Hills, IL 60156** | - | | | | | | | 1,535.00 |
| Account No. | | | | | | | | |
| **J.C. Licht** **320 W. Fullerton Ave.** **Carol Stream, IL 60188** | - | | | | | | | 7,803.34 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,540.51

Official Form 6F (10/06) - Cont.

In re **Millennium Construction Development LLC, an Illinois limited liability company** Case No. _____

**Debtor**

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| KARA Company, Inc. 5255 Dansher Rd. Countryside, IL 60525 | - | | | | | | | 514.31 |
| Account No. | | | | | | | | |
| Karina Boron 6538 N. Natoma Chicago, IL 60631 | - | | | | | | | 1,758.00 |
| Account No. | | | | | | | | |
| Knoll, Inc. P.O. Box 277778 Atlanta, GA 30384-7778 | - | | | | | | | 602.55 |
| Account No. | | | | | | | | |
| KOR Plumbing Contractors, Inc. 226 Tee Lane Bloomingdale, IL 60108 | - | | | | | | | 280.00 |
| Account No. | | | | | | | | |
| Laborer's District Council of Chica & Vicinity Working Dues Fund 999 McClintock Drive Burr Ridge, IL 60527 | - | | | | | | | 5,486.12 |

Sheet no. __8__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,640.98

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Millennium Construction Development LLC, an**
**Illinois limited liability company**

Case No. _____

_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | - | | | | | | |
| **Laborers Pension & Welfare Fund** **11465 Cermak Road** **Westchester, IL 60154** | | | | | | | | 150,206.92 |
| Account No. | | - | | | | | | |
| **LAMARCO Sytems** **475 Linberg Lane** **Northbrook, IL 60062** | | | | | | | | 6,000.00 |
| Account No. | | - | | | | | | |
| **LCS Construction Co.** **3910 Sterling Road** **Downers Grove, IL 60515** | | | | | | | | 1,180.00 |
| Account No. | | - | | | | | | |
| **Leprecan** **4808 W. Wilson** **Chicago, IL 60630** | | | | | | | | 1,620.00 |
| Account No. | | - | | | | | | |
| **Lik-Nu Porcelain of Illinois** **179 Woodburry Road** **Hicksville, NY 11801** | | | | | | | | 649.38 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

159,656.30

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Millennium Construction Development LLC, an**
      **Illinois limited liability company**
                                         ,

Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Litgen Concrete** **1020 Nerge Road** **Elk Grove Village, IL 60007** | | - | | | | | | 875.00 |
| Account No. | | | | | | | | |
| **Local 150 - Midwest Operating Engineers Fringe Benefit Funds** **P.O. Box 74632** **Chicago, IL 60675** | | - | | | | | | 29,348.62 |
| Account No. | | | | | | | | |
| **MA Steel Erectors, Inc.** **P.O. Box 490** **Worth, IL 60482** | | - | | | | | | 77,189.27 |
| Account No. | | | | | | | | |
| **Maggio Rent-A-Fence** **66 W. Lake Street** **Northlake, IL 60164** | | - | | | | | | 201.60 |
| Account No. | | | | | | | | |
| **Marc Pekay** **30 N. LaSalle Street** **Suite 2426** **Chicago, IL 60602** | | - | | | | | | 5,209.80 |

Sheet no. __**10**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

112,824.29

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Millennium Construction Development LLC, an**
    **Illinois limited liability company**
                                  Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **McKee Communications, Inc.** **6381-A Rose Lane** **Carpinteria, CA 93013** | - | | | | | | **4,731.00** |
| Account No. | | | | | | | |
| **Midwest Crane Rental, Inc.** **111 Illinois Street** **Suite 10** **Lemont, IL 60439** | - | | | | | | **340.00** |
| Account No. | | | | | | | |
| **Mobile Mini** **7420 S. Kyrene Road** **Tempe, AZ 85283** | - | | | | | | **1,512.12** |
| Account No. | | | | | | | |
| **Murrey Jensen & Wilson, Ltd.** **101 N. Wacker Drive** **Chicago, IL 60606** | - | | | | | | **14,100.11** |
| Account No. | | | | | | | |
| **National Lift Truck** **3333 Mt Prospect Rd.** **Franklin Park, IL 60131** | - | | | | | | **5,647.10** |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,330.33**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Millennium Construction Development LLC, an**
       **Illinois limited liability company**
                                                          ,
                                   Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Northern Tool & Equipment** **2800 Southcross Drive** **Burnsville, MN 55337** | - | | | | | | | 324.13 |
| Account No. | | | | | | | | |
| **O'Leary's Contractors  Equipment & Supply, Inc.** **4554 West North Ave.** **Chicago, IL 60639** | - | | | | | | | 859.44 |
| Account No. | | | | | | | | |
| **Oakley Millwork** **120 E. Laraway Road** **Frankfort, IL 60423** | - | | | | | | | 5,919.49 |
| Account No. | | | | | | | | |
| **OSHA** **P.O. Box 2422** **Washington, DC 20013** | - | | | | | | | 12,080.00 |
| Account No. | | | | | | | | |
| **Peri Formwork Systems, Inc.** **7272 Park Circle Drive** **Hanover, MD 21076** | - | | | | | | | 82,748.95 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,932.01

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Millennium Construction Development LLC, an**
　　　**Illinois limited liability company**                                    Case No. _____

_____,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Prairie Material 7601 W. 79th St. Bridgeview, IL 60455 | - | | | | | | | 50,982.89 |
| Account No. | | | | | | | | |
| Quality Repair PO Box 376 West Chicago, IL 60186 | - | | | | | | | 193.00 |
| Account No. | | | | | | | | |
| Resurrection Properties 7447 W. Talcott Ave. Chicago, IL 60631 | - | | | | | | | 300.00 |
| Account No. | | | | | | | | |
| RKD Construction Supplies, Inc. 11633 W. Grand St. Northlake, IL 60164 | - | | | | | | | 11,515.96 |
| Account No. | | | | | | | | |
| RUPP 3700 W. Preserve Blvd. Burnsville, MN 55337 | - | | | | | | | 2,064.59 |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **65,056.44**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Millennium Construction Development LLC, an**
**Illinois limited liability company**
_____,
Debtor

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **Safeway Services** <br> **OS 490 Route 83** <br> **Oakbrook Terrace, IL 60181** | - | | | | | | | 928.55 |
| Account No. <br><br> **Selective Insurance** <br> **PO Box 371468** <br> **Pittsburgh, PA 15250** | - | | | | | | | 13,074.00 |
| Account No. <br><br> **Skyline Steel LLC** <br> **8 Woodhollow Road** <br> **Parsippany, NJ 07054** | - | | | | | | | 5,366.83 |
| Account No. <br><br> **Sophia Moraitis** <br> **1120 N. LaSalle St.** <br> **Suite 10L** <br> **Chicago, IL 60610** | - | | | | | | | 4,200.00 |
| Account No. <br><br> **T-Mobile** <br> **P.O. Box 742596** <br> **Cincinnati, OH 45274** | - | | | | | | | 1,264.63 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,834.01

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Millennium Construction Development LLC, an**
　　　  **Illinois limited liability company**                                        Case No. _____

                                                                ,
                                                     Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Tetra Tech, Inc.**<br>**1 S. Wacker Dr.**<br>**Chicago, IL 60606** | - | | | | | | | 11,000.00 |
| Account No.<br><br>**The Mobile Storage Group**<br>**PO Box 10999**<br>**Burbank, CA 91510-0099** | - | | | | | | | 1,414.88 |
| Account No.<br><br>**The Structural Shop**<br>**502 Zenith Dr.**<br>**Glenview, IL 60025** | - | | | | | | | 2,745.00 |
| Account No.<br><br>**United Constructions, Inc.**<br>**1700 Quincy Ave.**<br>**Naperville, IL 60540** | - | | | | | | | 148,031.81 |
| Account No.<br><br>**Valente Trucking**<br>**12935 S. Throop St.**<br>**Calumet Park, IL 60827** | - | | | | | | | 1,407.03 |

Sheet no. __**15**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            164,598.72

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Millennium Construction Development LLC, an**
**Illinois limited liability company**
,

Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| West Bend Mutual 1900 S. 18th Ave. West Bend, WI 53095 | | - | | | | | | 9,601.00 |
| Account No. | | | | | | | | |
| William Szematowicz Archtect, Ltd. 2909 N. Sheridan Rd #1408 Chicago, IL 60657 | | - | | | | | | 5,852.76 |
| Account No. | | | | | | | | |
| Windy City Building Material PO Box 400 La Grange, IL 60525 | | - | | | | | | 1,386.97 |
| Account No. | | | | | | | | |
| WM J. Mathwes, Inc. 215 N. Laflin St. Chicago, IL 60607 | | - | | | | | | 1,533.00 |
| Account No. | | | | | | | | |
| Writz Rental Company 1045 West 47th Street Chicago, IL 60609 | | - | | | | | | 1,060.00 |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,433.73**

Total
(Report on Summary of Schedules)    **1,632,916.24**

Form B6G
(10/05)

In re  **Millennium Construction Development LLC, an**                           Case No. _____

      **Illinois limited liability company**
_____,
                                      Debtor

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

    **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re    **Millennium Construction Development LLC, an**                         Case No. _____
     **Illinois limited liability company**
     _____,
                        Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

    __0__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Millennium Construction Development LLC, an Illinois limited liability company__

Debtor(s)

Case No. _____

Chapter __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___30___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __June 7, 2007_____

Signature __/s/ Raymond J. Matesevac_____
                 **Raymond J. Matesevac**
                 **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Millennium Construction Development LLC, an Illinois limited liability company**　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　Chapter　　**7**　_____

# STATEMENT OF FINANCIAL AFFAIRS

　　　　This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

　　　　Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

　　　　*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

　　　　*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$20,000.00** | **1/1/07 - 5/1/07   gross income** |
| **$4,455,474.00** | **1/1/06 - 12/31/06 gross income** |
| **$2,061,024.00** | **1/1/05 - 12/31/05 gross income** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                  SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Chicago District Council of Carpenters Pension Fund v. Millennium Construction Development LLC;  Case No. 04 C 5057** | **collection action** | **United States District Court, Northern District of Illinois, Eastern Division** | **Pending** |
| **Trustees of the Chicago Regional Council of Carpenters Pension Fund, Welfare Fund and Apprentice and Trainee Program Fund v. Millennium Construction Development LLC; Case No. 07 C 0576** | **collection action** | **United States District Court, Northern District of Illinois, Eastern Division** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gateway Concrete Forming Systems, Inc.  v. Millennium Construction Development LLC;  Case No. 06 CH 23595** | **collection action** | **Circuit Court of Cook County, Illinois, County Department, Chancery Division** | **pending** |
| **City of Chicago v. Millennium Construction Development LLC; Case No. 07 DT 000673** | **collection action** | **The City of Chicago Department of Administrative Hearings** | **pending** |
| **All Tile, Inc. v. Millennium Construction Development LLC;  Case No.  06 L 009905** | **collection action** | **Circuit Court of Cook County, Illinois, County Department, Law Division** | **pending** |
| **RKD Constructions Supplies and Equipment, Inc.  v. Millennium Construction Development LLC; Case No. 2007 AR 000790** | **collection action** | **The Circuit Court of the Eighteenth Judicial Circuit** | **pending** |
| **Trustees of the Cement Masons Pension Fund Local 803; Trustees of he Cement Masons Institute of Chicago, Illinois; Trustees of the Cement Masons Savings Fund; Local 803 and Trustee of the Cement Masons Apprentice Education and Training Fund Local 803 v. Millennium Construction Development LLC; Case No. 07 C 1666** | **collection action** | **United States District Court, Northern District of Illinois, Eastern Division** | **pending** |

None

■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None

■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None

■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Arnstein & Lehr LLP**<br>**120 S. Riverside Plaza - Suite 1200**<br>**Chicago, IL 60606** | **5/3/07** | **$9138.15** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **MB Financial Bank**<br>**800 W. Madison**<br>**Chicago, IL 60607** | **Checking Account # ....3969**<br>**Final Balance: $1,349.88** | **Date Closed: 11/10/2006** |
| **MB Financial Bank**<br>**800 W. Madison**<br>**Chicago, IL 60607** | **Payroll Account # ........3462**<br>**Final Balance: $0.00** | **11/10/2006** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **1717 E. Columbus Drive**<br>**Dyer, IN 46312** | **Millennium Construction Development, LLC** | **2001-2004** |
| **1815 Dobson Street**<br>**Evanston, IL 60202** | **Millennium Construction Development, LLC** | **2004-11/2005** |

6

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Marcia Rubin**<br>**3223 Lake Avenue**<br>**Suite 15-C**<br>**Wilmette, IL 60091** | **2001 to Present** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Levinson Simons and Sprung** | **566 W. Lake Street**<br>**Chicago, IL 60661** | **9/30/2005** |
| **Overland Solutions** | **P.O. Box 419215**<br>**Kansas City, MO 64141** | **6/6/2005** |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

8

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **CW Olsen** | **7/12/2005** |
| **414 N. Orleans** | |
| **Chicago, IL 60610** | |

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Ray Matesevac** | **Member** | **100%** |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ☐   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ray Matesevac** | **6/1/06 to 6/5/07 - salary** | **$72,759.20** |
| **1536 Muirfield Drive** | **6/7/06 - expense reimbursement** | **$900.00** |
| **Dyer, IN 46311** | | |
|    **Managing Member** | | |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| **Midwest Operating Engineers Pension Trust Fund** | **36-6140097** |
| **Carpenters' Trust Fund** | **36-6130207** |
| **Laborers' Pension Fund** | **36-2514514** |
| **Cement Masons Benefit Fund Local 803** | **36-6136496** |
| **Cement Masons Benefit Fund Local 502** | **36-2196729** |
| **Technical Engineers Local Union 130 Pension Fund** | **36-6493093** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **June 7, 2007**                    Signature **/s/ Raymond J. Matesevac**
                                                   **Raymond J. Matesevac**
                                                   **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Millennium Construction Development LLC, an Illinois limited liability company**      Case No. _____

Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **8,839.15** |
| Prior to the filing of this statement I have received | $ | **8,839.15** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■     Debtor      ☐     Other (specify):

3.   The source of compensation to be paid to me is:

     ■     Debtor      ☐     Other (specify):

4.   ■     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐     I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 7, 2007**      **/s/ Joy E. Levy**
**Joy E. Levy 06281972**
**Arnstein & Lehr LLP**
**120 S. Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**
**(312) 876-7100  Fax: (312) 876-0288**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Millennium Construction Development LLC, an Illinois limited liability company**
                                                                    Case No. _____

                                                    Debtor(s)       Chapter     **7**    _____


# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **85**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:    **June  7, 2007** _____    **/s/ Raymond J. Matesevac** _____
                                                **Raymond J. Matesevac/Manager**
                                                Signer/Title

Accident Fund
P.O. Box 77000
Detroit, MI 48277


Alexander Building Services
4750 S. LaCrosse
Chicago, IL 60638


All Tile
1201 Chase Ave.
Elk Grove Village, IL 60007


Anderson Concrete Pumping
60 E. Taft Drive
South Holland, IL 60473


Anthony Stramaglio
1432 W. Ohio Street
Chicago, IL 60622


AT&T
P.O. Box 8100
Aurora, IL 60507


Brinks Home Security System
P.O. Box 660418
Dallas, TX 75266-0418


Bulldog Tools & Fasteners
1147 N. Ellsworth Ave.
Villa Park, IL 60181


Carpets By Kornick
220 W. Kinzie St.
Chicago, IL 60610


Caruso Overhead Doors
23542 S. Center Rd.
Frankfort, IL 60423


Cassidy Excavating, Inc.
P.O. Box 212
Worth, IL 60482

Cement Mason Union Local 803
240 W. St. Charles Rd.
Villa Park, IL 60181


Cement Masons Union Local 502
739 S. 25th St.
Bellwood, IL 60104


Central Contractors Service, Inc.
4655 W. 137th St.
Crestwood, IL 60445


Central Door Distributors, Inc.
150 East State St.
Calumet City, IL 60409


Chicago Carpet Center
P.O. Box 09730
Chicago, IL 60609


Chicago Communications LLC
20 Sprangler Ave.
Elmhurst, IL 60126


Chicago District Council of
Carpenters
12 E. Erie
Chicago, IL 60611


City of Chicago
Department of Revenue
333 S. State St., Suite 540
Chicago, IL 60604


Competitive Door & Supply Company
7744 West Monroe
Forest Park, IL 60130


Construction Service Associates
166 W. Washington, Suite 750
Chicago, IL 60602


D&P Construction
8601 W. Bryn Mawr Ave.
Chicago, IL 60631

Diamond Coring
11800 S. Ewing
Chicago, IL 60617


Doka USA, Ltd.
1032 Moen Ave.
Rockdale, IL 60436


Dunning Electric Services, Inc.
6809 W. Irving Park Road
Chicago, IL 60634


Forces, Inc.
31W350 Diehl Rd.
Naperville, IL 60563


Foster, Kallen & Smith
3825 W. 192nd St.
Homewood, IL 60430


Gateway Concrete Forming Systems, I
6748 N. Dowagiac Ave.
Chicago, IL 60646


Gatwood Crane Service, Inc.
2345 E. Hamilton
Arlington Heights, IL 60005


Grainger
7300 N. Melvina
Niles, IL 60714


Great Northern Lumber
P.O. Box 43144
Chicago, IL 60643


Home Depot Credit Card Services
P.O. Box 6029
The Lakes, NV 88901


I.U.O.E. Local 150 Admin. Dues
P.O. Box 94427
Chicago, IL 60690

IDCSERVCO
3962 Landmark Street
Culver City, CA 90232


Illinois Department of Revenue
100 W Randolph - Suite 7-500
Chicago, IL 60601


Ink Smith, Inc.
3352 Milwaukee Ave.
Chicago, IL 60641


Internal Revenue Service
(Insolvency)
200 W. Adams, Suite 2300
Chicago, IL 60606


J&B Steel Erectors, Inc.
9430 Sutton Place
Hamilton, OH 45011


J&K Custom Transportation
1206 Elm St
Lake In The Hills, IL 60156


J.C. Licht
320 W. Fullerton Ave.
Carol Stream, IL 60188


KARA Company, Inc.
5255 Dansher Rd.
Countryside, IL 60525


Karina Boron
6538 N. Natoma
Chicago, IL 60631


Knoll, Inc.
P.O. Box 277778
Atlanta, GA 30384-7778


KOR Plumbing Contractors, Inc.
226 Tee Lane
Bloomingdale, IL 60108

Laborer's District Council of Chica
& Vicinity Working Dues Fund
999 McClintock Drive
Burr Ridge, IL 60527


Laborers Pension & Welfare Fund
11465 Cermak Road
Westchester, IL 60154


LAMARCO Sytems
475 Linberg Lane
Northbrook, IL 60062


LCS Construction Co.
3910 Sterling Road
Downers Grove, IL 60515


Leprecan
4808 W. Wilson
Chicago, IL 60630


Lik-Nu Porcelain of Illinois
179 Woodburry Road
Hicksville, NY 11801


Litgen Concrete
1020 Nerge Road
Elk Grove Village, IL 60007


Local 150 - Midwest Operating
Engineers Fringe Benefit Funds
P.O. Box 74632
Chicago, IL 60675


MA Steel Erectors, Inc.
P.O. Box 490
Worth, IL 60482


Maggio Rent-A-Fence
66 W. Lake Street
Northlake, IL 60164

Marc Pekay
30 N. LaSalle Street
Suite 2426
Chicago, IL 60602


McKee Communications, Inc.
6381-A Rose Lane
Carpinteria, CA 93013


Midwest Crane Rental, Inc.
111 Illinois Street
Suite 10
Lemont, IL 60439


Mobile Mini
7420 S. Kyrene Road
Tempe, AZ 85283


Murrey Jensen & Wilson, Ltd.
101 N. Wacker Drive
Chicago, IL 60606


National Lift Truck
3333 Mt Prospect Rd.
Franklin Park, IL 60131


Northern Tool & Equipment
2800 Southcross Drive
Burnsville, MN 55337


O'Leary's Contractors  Equipment
& Supply, Inc.
4554 West North Ave.
Chicago, IL 60639


Oakley Millwork
120 E. Laraway Road
Frankfort, IL 60423


OSHA
P.O. Box 2422
Washington, DC 20013

Peri Formwork Systems, Inc.
7272 Park Circle Drive
Hanover, MD 21076


Prairie Material
7601 W. 79th St.
Bridgeview, IL 60455


Quality Repair
PO Box 376
West Chicago, IL 60186


Resurrection Properties
7447 W. Talcott Ave.
Chicago, IL 60631


RKD Construction Supplies, Inc.
11633 W. Grand St.
Northlake, IL 60164


RUPP
3700 W. Preserve Blvd.
Burnsville, MN 55337


Safeway Services
OS 490 Route 83
Oakbrook Terrace, IL 60181


Selective Insurance
PO Box 371468
Pittsburgh, PA 15250


Skyline Steel LLC
8 Woodhollow Road
Parsippany, NJ 07054


Sophia Moraitis
1120 N. LaSalle St.
Suite 10L
Chicago, IL 60610


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274

Tetra Tech, Inc.
1 S. Wacker Dr.
Chicago, IL 60606


The Mobile Storage Group
PO Box 10999
Burbank, CA 91510-0099


The Structural Shop
502 Zenith Dr.
Glenview, IL 60025


United Constructions, Inc.
1700 Quincy Ave.
Naperville, IL 60540


Valente Trucking
12935 S. Throop St.
Calumet Park, IL 60827


West Bend Mutual
1900 S. 18th Ave.
West Bend, WI 53095


William Szematowicz Archtect, Ltd.
2909 N. Sheridan Rd
#1408
Chicago, IL 60657


Windy City Building Material
PO Box 400
La Grange, IL 60525


WM J. Mathwes, Inc.
215 N. Laflin St.
Chicago, IL 60607


Writz Rental Company
1045 West 47th Street
Chicago, IL 60609

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Millennium Construction Development LLC, an Illinois limited liability company**

Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Millennium Construction Development LLC, an Illinois limited liability company**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  7, 2007** _____

Date

/s/ Joy E. Levy

**Joy E. Levy 06281972**

Signature of Attorney or Litigant

Counsel for   **Millennium Construction Development LLC, an Illinois limited liability company**

**Arnstein & Lehr LLP**

**120 S. Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**
**(312) 876-7100 Fax:(312) 876-0288**